# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2119
LT Case Nos. 2023-CC-005209
2023-CC-005760

_____

LEE GRANT,

   Appellant,

   v.

CITY OF JACKSONVILLE,
FLORIDA,

   Appellee.

_____

On appeal from the County Court for Duval County.
Scott F. Mitchell, Judge.

Lee Grant, Jacksonville, pro se.

Wendy L. Mummaw, Jacksonville, for Appellee.

December 26, 2023

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____